IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AYERS RATLIFF, *et al.*, | : | Case No. 3:25-cv-01635 |
| | : | |
| Plaintiffs, | : | JUDGE JEFFREY J. HELMICK |
| | : | MAG JUDGE DARRELL A. CLAY |
| v. | : | |
| | : | |
| RAY GROGAN, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

**NOW COMES** Isaac Wiles Burkholder & Miller, LLC, and in particular, Attorney Charles A. Schneider, hereby enters an appearance as co-counsel in the above-captioned matter on behalf of Defendant Isaac Wiles Burkholder & Miller, LLC. All further communications, pleadings, and notifications should be forwarded to the undersigned.

Respectfully submitted,

**Isaac Wiles Burkholder & Miller, LLC**

*/s/ Charles A. Schneider*
Brian M. Zets (0066544)
Charles A. Schneider (0005821)
Two Miranova Place, Suite 700
Columbus, Ohio 43215
(614) 221-2121
(614) 365-9516 (FAX)
Email:   bzets@isaacwiles.com
             cschneider@isaacwiles.com
*Attorneys for Defendant*
*Isaac Wiles Burkholder & Miller, LLC*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of August 2025, I electronically filed a copy of the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. Parties may access this filing through the Court's system.

<u>/s/ Charles A. Schneider</u>
Charles A. Schneider